UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

 DEBORAH LAUFER, Individually,

                              Plaintiff(s)

                                                                    Case No.: 1:19-cv-1329 (BKS/ML)

-against-

4TH PRECINCT, LLC, A New York Limited Liability
Company,

                              Defendant(s).

------------------------------------------------------------X


## STIPULATION FOR DISMISSAL OF CASE WITHOUT  PREJUDICE

          Plaintiff and Defendant, by and through undersigned counsel, hereby move This Court to

disrniss the instant action without prejudice and without costs to either party.


Dated: New York, New York

          March  3, 2020


_____              _____
Matthew J. Smith, Esq.                                     /s/ Peter Sverd, Esq.
*Attorney for Defendant*                         Peter Sverd, Esq. of Counsel to
Attorney & Counsellor At Law                     Thomas Bacon, PA
168 Wormer Road                                  Attorney for Paintiff
Voorheesville, New York 12186                    225 Broadway, Suite 613
Phone (518) 956-0956                             New York, NY 10007
msmith@smithlawpllc.com                          Phone (646) 751-8743
                                                 psverd@sverdlawfirm.com