UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DEBORAH LAUFER, Individually,

                              Plaintiff(s)

                                                                   Case No.: 1:19-cv-1329 (BKS/ML)

-against-

4TH PRECINCT, LLC, A New York Limited Liability
Company,

                              Defendant(s).
-------------------------------------------------------------X

**STIPULATION FOR DISMISSAL OF CASE WITHOUT PREJUDICE**

~~Whereas no party hereto is an infant or incompetent for which a conser~~vator has been appointed, Plaintiff and Defendant, by and through undersigned counsel, hereby move This Court to dismiss the instant action without prejudice and without costs to either party.

Dated: New York, New York
         March 3, ~~2020~~

_____
Matthew J Smith, Esq.
*Attorney for Defendant*
Attorney & Counsellor At Law
168 Wormer Road
Voorheesville, New York 12186
Phone (518) 956-0956
msmith@smithlawpllc.com

/s/ *Peter Sverd, Esq.*
_____
Peter Sverd, Esq. of Counsel to
Thomas Bacon, PA
Attorney for Paintiff
225 Broadway, Suite 613
New York, NY 10007
Phone (646) 751-8743
psverd@sverdlawfirm.com

IT IS SO ORDERED:

Brenda K. Sannes
U.S. District Judge

Dated: 3/12/2020
Syracuse, NY

1